5·15·15

WL.147-03

Re   Ct. Clerk
Tx. ct. of Crim App.
P.O. Box 12308
Capital Station
Austin, Tx. 78711 - 2308

Dear Sirs Or Madams

On This Date I Sent You A Very Important Writ In A White envelope Inside A Yellow Legal Envelope And Included A List Of Contents. I Am Only Writing This Letter Because Our Mail Is Tampered With So I Really Need To Know You Received My Writ With All Of Its Contents. Thank You Very Kindly.

Yours Truly
Darrell Roberts #1273928 Lynaugh Unit Prison
1098 S. Hwy. 2037 Ft Stockton Tx 79735 Pecos, Co.,)
D.D.R.M  Pro-Se.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 21 2015

Abel Acosta, Clerk